**Order entered October 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01031-CR

**LESTER J. HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-31207-I**

## ORDER

By letter dated September 22, 2015, the Court notified appellant that his attorney had filed an *Anders* brief and that appellant's pro se response, if he chose to file one, is due by November 6, 2015. The Court now has before it appellant's pro se letter indicating he wishes to file a response and asking how much time he has to do so. We will treat the letter as a request for an extension of time to file his pro se response. As such, we **GRANT** the extension request.

We **ORDER** to file his pro se response by **MONDAY, DECEMBER 14, 2015**. If the pro se response is not received by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Lester J. Hart, TDCJ No. 1991275, Lindsey State Jail, 1620 F.M. 3344, Jacksboro, Texas 76458.

/s/     ADA BROWN
        JUSTICE